**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CHRYSLER GROUP LLC,<br><br>　　　　　　　Defendant. | Case No. 2:13-cv-1085<br><br>**Jury Trial Demanded** |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Phoenix Licensing, L.L.C. ("Phoenix") and LPL Licensing, L.L.C. ("LPL") (collectively, "Plaintiffs") state that Plaintiffs have no parent corporations, and no publicly held corporations own more than ten percent of Plaintiffs' stock.

Dated: December 11, 2013

Russ August & Kabat

/s/ *Benjamin T. Wang*
Marc A. Fenster
Benjamin T. Wang
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com

*Attorneys for Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 11, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record wll be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Benjamin T. Wang*
Benjamin T. Wang