IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>                Plaintiffs,<br>v.<br><br>CHRYSLER GROUP LLC,<br><br>                Defendant. | Case No. 2:13-cv-1085<br><br>**Jury Trial Demanded** |

**NOTICE OF RELATED CASES**

COMES NOW Plaintiffs Phoenix Licensing, L.L.C. ("Phoenix") and LPL Licensing, L.L.C. ("LPL") (collectively, "Plaintiffs") hereby notify the Court pursuant to Local Rule CV-42(a) that all or a material part of this action is related to the subject matter or operative facts of earlier filed actions in the United States District Court for the Eastern District of Texas styled:

1. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00286 (Phoenix v. Alliance)

2. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-00208 (Phoenix v. Nationwide)

3. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-00209 (Phoenix v. Progressive)

4. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-000210 (Phoenix v. Travelers)

5. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-000211 (Phoenix v. American Express)

6. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-000212 (Phoenix v. Ameriprise)

7. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-000213 (Phoenix v. Fifth Third Bancorp)

8. Judge Rodney Gilstrap, USDC TXED, Case No. 2:12-cv-000214 (Phoenix v. Government Employees Insurance Company)

9. Judge Charles Everingham, USDC TXED, Case No. 2:07-cv-00387 (Phoenix v. Chase Manhattan)

10. Jude David Folsom, USDC TXED, Case No. 2:09-cv-00255 (Phoenix v. Allstate)

11. Judge Rodney Gilstrap, USDC TXED, Case No. 2:10-cv-00064 (Phoenix v. ING Bank FSB)

12. Judge Rodney Gilstrap, USDC TXED, Case No. 2:10cv-00212 (Phoenix v. Aetna)

Dated: December 11, 2013

Respectfully Submitted,

/s/ *Benjamin T. Wang*
Marc A. Fenster (CA SBN 181067)
Benjamin T. Wang (CA SBN 228712)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com

*Attorney for Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C.*

# CERTIFICATE OF SERVICE

     I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 11, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record wll be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                   /s/ *Marc A. Fenster*
                                                   Marc A. Fenster